J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL STONE | CASE NO: |
| Plaintiff, | |
| v. | **DEFENDANT NEW PRIME, INC.'S NOTICE OF REMOVAL** |
| GABRIEL P. GUILLERMO, individually; NEW PRIME, INC., a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

TO:   DEBRA KEMPI, Clerk, United States District Court for the District of Nevada

PLEASE TAKE NOTICE that Defendant NEW PRIME, INC. hereby removes to this Court the state court action entitled "MICHAEL STONE, Plaintiff v. GABRIEL P. GUILLERMO, individually; NEW PRIME, INC., a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive," Case No. A-22-848213-C filed in the Eighth Judicial District Court for Clark County, Nevada. A copy of the Complaint is attached hereto as Exhibit A.  The grounds for removal are:

. . .

1

KNW 27676

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

...

1.     This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. §§ 1441(a)-(c), in that it is a civil action between Plaintiff, a citizen of Texas, Defendants who are citizens of diverse residency, none of which reside in Texas, and the matter in controversy exceeds $75,000.00, exclusive of interest and costs, as set forth below.

2.     Based upon information and belief, Plaintiff MICHAEL STONE is a citizen of the State of Texas. *See* Complaint ¶ 2.

3.     Defendant GABRIEL P. GUILLERMO is a resident of the State of Nevada.

4.     Defendant NEW PRIME, INC. is a corporation incorporated in the State of Nebraska, with its principal place of business in Springfield, Missouri.

5.     The Defendants sued as DOES I through X, inclusive and ROE CORPORATIONS I through XX, inclusive, are fictitious parties and not relevant to the determination of subject matter jurisdiction. *See* 28 U.S.C. § 1441(a) (stating "For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded").

6.     Based upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. Upon information and belief, Plaintiff MICHAEL STONE is alleging to have incurred injury to his property, health, person, emotional well-being, and earning capacity. Plaintiff has alleged both past and future damages including medical treatment, lost wages, loss of household services, pain and suffering, and property damage. It is therefore expected that Plaintiff's medical damages and the amount in controversy exceeds the jurisdictional requirement. See Complaint ¶ 10 and 12.

. . .

. . .

. . .

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

KNW 27676

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

7.      Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a)-(b) and Local Rule 8-1. This action was originally filed in the Eighth Judicial District for the State of Nevada, Clark County.

8.      This notice of removal is timely filed within thirty (30) days after receipt of the paper that makes this case removable as required by 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of the Summons and Complaint which was filed on February 11, 2022, and served upon Defendant New Prime, Inc. on March 7, 2022. Upon information and belief, Defendant Gabriel Guillermo has not been served with the Summons and Complaint.

9.      Pursuant to 28 U.S.C. 1446(d), Defendant has prepared and will file with the Clerk of the Eighth Judicial District Court a Notice of Removed Action.

Dated this 15th day of March, 2022.

ALVERSON TAYLOR & SANDERS

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

3

KNW 27676

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that on the 17th day of March, 2022, service of the above and foregoing

**DEFENDANT NEW PRIME, INC.'S NOTICE OF REMOVAL** was made by electronically

filing a true and correct copy of the same to each party addressed as follows:

Roland Christensen, Esq.
Caj Boatright, Esq.
Samantha Demuren, Esq.
ARNOLD & ITKIN
6009 Memorial Drive
Houston, Texas 77007

*- and -*

Matthew D. Minucci, Esq.
THE COTTLE FIRM
8635 Eastern Avenue
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

_____

Employee of ALVERSON TAYLOR & SANDERS

k:\z-client\27676\pleadings\notc of removal.doc

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

4

KNW 27676