KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL STONE

Plaintiff,

v.

GABRIEL P. GUILLERMO, individually; NEW PRIME, INC., a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive

Defendants.

CASE NO: 2:22-cv-00480-JCM-EJY

**SUBSTITUTION OF COUNSEL FOR DEFENDANT NEW PRIME, INC.**

Defendant NEW PRIME, INC. hereby substitutes the law firm of MESSNER REEVES, LLP, as its attorneys of record in the above-referenced matter in the place and stead of ALVERSON TAYLOR & SANDERS as counsel of record for Defendant.

Dated this 22nd day of November 2022.

*/s/ Eric Nau*
*Authorized representative of New Prime, Inc.*

Page **1** of **3**

15058.0002

The law firm of ALVERSON TAYLOR & SANDERS hereby acknowledges the substitution of the law firm of MESSNER REEVES, LLP as attorneys of record for Defendant NEW PRIME, INC. in the above-captioned matter.

DATED this 22nd day of November 2022.

/s/ J. Bruce Alverson
J. BRUCE ALVERSON, ESQ.
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149

KARIE N. WILSON, ESQ. of MESSNER REEVES, LLP hereby consents to the representation of Defendant NEW PRIME, INC. in the above-referenced matter, in the place and stead of ALVERSON TAYLOR & SANDERS.

DATED this 22nd day of November 2022.

MESSNER REEVES LLP

KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*

**IT IS SO ORDERED**

U.S. MAGISTRATE JUDGE
Dated: November 23, 2022

15058.0002