KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL STONE<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL P. GUILLERMO, individually; NEW PRIME, INC., a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive<br><br>Defendants. | CASE NO: 2:22-cv-00480-JCM-EJY<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT GABRIEL P. GUILLERMO** |

Defendant GABRIEL P. GUILLERMO hereby substitutes the law firm of MESSNER REEVES, LLP, as its attorneys of record in the above-referenced matter in the place and stead of ALVERSON TAYLOR & SANDERS as counsel of record for Defendant.

Dated this 23rd day of November 2022.

*/s/ Gabriel P. Guillermo*
Gabriel P. Guillermo

Page **1** of **3**

15058.0002

MESSNER REEVES LLP

The law firm of ALVERSON TAYLOR & SANDERS hereby acknowledges the substitution of the law firm of MESSNER REEVES, LLP as attorneys of record for Defendant GABRIEL P. GUILLERMO in the above-captioned matter.

DATED this 23rd day of November 2022.

/s/ J. Bruce Alverson
J. BRUCE ALVERSON, ESQ.
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149

KARIE N. WILSON, ESQ. of MESSNER REEVES, LLP hereby consents to the representation of Defendant GABRIEL P. GUILLERMO in the above-referenced matter, in the place and stead of ALVERSON TAYLOR & SANDERS.

DATED this 23rd day of November 2022.

MESSNER REEVES LLP


KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*

**IT IS SO ORDERED.**


**U.S. MAGISTRATE JUDGE**

**DATED:  November 23, 2022**

15058.0002