# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Stone, | Case No. 2:22-cv-00480-CDS-EJY |
| Plaintiff | **Order Setting Status Conference** |
| v. | |
| New Prime, Inc., et al., | |
| Defendants | |

On April 1, 2025, plaintiff Michael Stone and defendants Gabriel P. Guillermo and New Prime, Inc. submitted their proposed joint pretrial order. ECF No. 79. The same day, this matter was administratively reassigned to me. ECF No. 80. In reviewing the proposed pretrial order and docket in this matter, the court finds it would be beneficial to confer with the parties. It is therefore ordered that a status conference is set on September 4, 2025, at 1:30 p.m. in LV Courtroom 6B.

Dated: August 21, 2025

_____
Cristina D. Silva
United States District Judge