KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL STONE,<br><br>                    Plaintiff<br><br>v.<br><br>GABRIEL P. GUILLERMO, individually; NEW PRIME, INC., a Foreign Corporation; PEGUERO TRUCKING SERVICES, LLC,<br><br>                    Defendants | CASE NO: 2:22-cv-00480-CDS-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING PRE-TRIAL MOTIONS**<br><br>[ECF No. 95] |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MICHAEL STONE and Defendants NEW PRIME, INC. and GUILLERMO PEGUERO (incorrectly identified as Gabriel P. Guillermo), by and through their respective counsel of record that the February 15, 2026, deadline for filing Motions in Limine, as proposed in the parties' Joint Pre-Trial Order (Doc. 94), be continued to March 9, 2026.

15058.0002

Dated this 17th day of February 2026.

MESSNER REEVES LLP

_Karie N. Wilson_

KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
kwilson@messner.com
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
702-363-5100 Phone
*Attorneys for Defendants*

Dated this 17th day of February 2026.

ARNOLD & ITKIN

*/s/ Daniel Moreno*

DANIEL MORENO, ESQ.
*Admitted Pro Hac Vice*
dmoreno@ArnoldItkin.com
6009 Memorial Drive
Houston, Texas 77007

MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
THE COTTLE FIRM
8635 Eastern Avenue
Las Vegas, Nevada 89123
mminucci@cottlefirm.com
hbuendia@cottlefirm.com
*Attorneys for Plaintiff*

## <u>ORDER TO EXTEND FILING DEADLINE</u>

IT IS HEREBY ORDERED that the deadline for the parties to file motions in limine is extended to March 9, 2026.

_____
U.S. District Judge

Dated: February 19, 2026

15058.0002

| | |
|---|---|
| **From:** | Daniel Moreno |
| **To:** | Karie Wilson |
| **Cc:** | "mminucci@cottlefirm.com"; "hbuendia@cottlefirm.com"; Ashley E. Walters; Roland Team; Jessica Rogers |
| **Subject:** | Re: Stone v. New Prime |
| **Date:** | Tuesday, February 17, 2026 12:37:42 PM |

## [ CAUTION: This Email is from an External Sender ]

Plaintiff agrees, thanks Karie.

## Daniel Moreno
Trial Lawyer

**From:** Karie Wilson <KWilson@messner.com>

**Date:** Tuesday, February 17, 2026 at 14:35

**To:** Daniel Moreno <dmoreno@ArnoldItkin.com>

**Cc:** 'mminucci@cottlefirm.com' <mminucci@cottlefirm.com>, 'hbuendia@cottlefirm.com' <hbuendia@cottlefirm.com>, Ashley E. Walters <AWalters@messner.com>, Roland Team <RolandTeam@ArnoldItkin.com>, Jessica Rogers <JRogers@messner.com>

**Subject:** RE: Stone v. New Prime

Hi Daniel,

I'm following up to see if we can include your e-signature on the attached stipulation.

Thank you.

**KARIE N. WILSON**
Managing Partner
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** kwilson@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148