ROLAND CHRISTENSEN, ESQ.
Texas Bar No. 24101222
CAJ BOATRIGHT, ESQ.
Texas Bar. No. 24036237
DANIEL MORENO
Texas Bar. No. 24129845
**ARNOLD & ITKIN**
6009 Memorial Drive
Houston, TX 77007
*Pro Hac Vice Pending*


*And*


MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 Eastern Avenue
Las Vegas, Nevada 89123
mminucci@cottlefirm.com
Phone: (702) 722-6111
Facsimile: (702) 834-8555

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL STONE, an individual,<br><br>Plaintiff<br><br>v.<br><br>GUILLERMO PEGUERO, individually;<br>NEW PRIME, INC., a Foreign Corporation,<br><br>Defendants | CASE NO.: 2:22-cv-00480-CDS-EJY<br><br>**AMENDED STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS IN LIMINE**<br><br>[ECF No. 105] |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff MICHAEL

STONE, represented by his attorney Matthew D. Minucci of The Cottle Firm and Daniel Moreno

of Arnold & Itkin and Defendant GUILLERMO PEGUERO individually; NEW PRIME, INC., a Foreign Corporation, represented by its attorneys Karie N. Wilson, of Messner Reeves LLP, pursuant to Local Rule IA 6-1 hereby stipulate and agree that Plaintiff will have until Tuesday, March 31, 2026 to respond to Defendants' motions in limine.

This is Plaintiff's first extension for additional time to respond to motions in limine. This request is not made for purposes of delay but so that justice may be done. Defendants' motions in limine were timely filed while Plaintiff Daniel Moreno was involved in a trial in Dallas, Texas— *Shawn Ojani v. Lincoln Property et al.*; Cause No. DC-23-05300. Given the substantive items raised in Defendants' motions in limine, Plaintiff requires an additional week to respond. Even still, Plaintiff intends to review each motion in limine to identify where he may agree to further streamline the trial process.

No other deadlines are affected by this change and trial is scheduled for September 21, 2026. This stipulation is made in good faith and not for the purpose of delay.

Dated March 24, 2026.

**MESSNER REEVES LLP**

/s/  *Karie N. Wilson by permission*
Karie N. Wilson, Esq.
8945 W. Russell Road, Ste. 300
Las Vegas, NV 89148
Office: 702.363.5100
Attorneys for Defendants

**ARNOLD & ITKIN**

*/s/ Daniel Moreno*
ROLAND CHRISTENSEN, ESQ.
Texas Bar No. 24101222
CAJ BOATRIGHT, ESQ.
Texas Bar. No. 24036237
DANIEL MORENO, ESQ.
Texas Bar. No. 24129845
**ARNOLD & ITKIN**
6009 Memorial Drive
Houston, TX 77007
*Pro Hac Vice Pending*

 *And*

MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 Eastern Avenue
Las Vegas, Nevada 89123
mminucci@cottlefirm.com
Phone: (702) 722-6111
Facsimile: (702) 834-8555

*Attorneys for Plaintiff*


 **IT IS SO ORDERED:**

_____
 **UNITED STATES DISTRICT JUDGE**


 **DATED:**  March 25, 2026

3